In the Matter of EDWARD H. BECK, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*Vincent L. Leibell* and *Walter Bishop* for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair* of counsel), for The Board of Elections of the City of New York, respondent.

*Irving H. Saypol, John G. Dyer* and *Leo Kotter* for Democratic County Committee, intervening-respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.